ACCEPTED
12-15-00169CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/4/2015 1:48:30 PM
Pam Estes
CLERK

### NO. 12-15-00169-CV

### IN THE COURT OF APPEALS

### TWELFTH APPELLATE DISTRICT OF TEXAS
### AT TYLER

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/4/2015 1:48:30 PM
PAM ESTES
Clerk

### EARL ANDERSON, CARRIE BELL SCOTT, SHARON ANDERSON, EVANCE ANDERSON, BILL BURTON, WILLIE MAE ANDERSON AND JERRY J. ANDERSON (SMITH),
**Appellants,**

### V.

### ROBERT LOUIS DURHAM AND FRANK L. ZELLERS, III,
**Appellees**

_____

**On appeal from the 173RD District Court**
**Henderson County, Texas**
**Trial Court No. 2012A-0662**

_____

### APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE THE BRIEF

Appellee asks the Court to extend the time to file his brief.

### A. Introduction

1.      Appellants are Earl Anderson, Carrie Bell Scott, Sharon Anderson, Evance Anderson, Bill Burton, Willie Mae Anderson and Jerry J. Anderson (Smith); Appellee is Robert Louis Durham.

2.      There is no specific deadline to file this motion to extend. *See* Tex. R. App. P. 38.6(d).

3.      Appellants have no objection to this motion.

### B. Argument & Authorities

4.      The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the brief.

5. Appellants' brief was filed on August 10, 2015, however the brief did not comply with Tex. R. App. P. 9.4(i)(3). The Court provided Appellants until Monday, August 17, 2015 to forward a supplement to the brief. Appellants did not comply with the August 17, 2015 deadline and therefore, the Court scheduled the matter for dismissal on September 8, 2015. Appellants filed their Supplemental Brief on August 31, 2015 along with a Motion to Extend Time to File Brief, to which Appellee made no objection. The Court granted Appellants' extension and deemed Appellants' brief filed as of August 10, 2015. Appellee's brief is due on September 9, 2015.

6. Appellee needs additional time to file his brief because, in order to avoid incurring potentially unnecessary attorney's fees, Appellee abated preliminary work on the brief when the clerk notified Appellee that Appellants had failed to timely file a conforming brief. Appellee's abatement of preliminary work on Appellee's brief was justified because Appellants' noncompliance resulted in the appeal being scheduled for dismissal, which would have obviated the need for Appellee's brief.

7. Appellee requests that the Court provide Appellee with the customary 30 days for preparation of Appellee's brief from the time of Appellants' submission of a compliant brief. Appellee's request would therefore extend Appellee's deadline to September 30, 2015.

8. No prior extension has been granted to extend the time to file Appellee's brief.

## C. Conclusion

9. Appellee requests that the Court grant Appellee thirty (30) days for submission of Appellee's brief, measured from the date of Appellants' compliance with the Court's requirements. This request would extend the time to submit Appellee's brief to September 30, 2015.

## D. Prayer

10.    For these reasons, appellee asks the Court to grant an extension of time to file his brief until September 30, 2015.

Respectfully submitted,

By: /s/ John J. Cope

**COPE LAW FIRM**
JOHN J. COPE
State Bar No. 00785784
9284 Huntington Square, Suite 100
North Richland Hills, Texas 76182
Telephone: (817) 498-2300
Fax: (817) 581-1500

**ATTORNEYS FOR ROBERT LOUIS DURHAM**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Lana Johnson by email, and she has agreed and is unopposed to a thirty (30) day extension of time to file Appellee's brief.

/s/ John J. Cope
JOHN J. COPE

## CERTIFICATE OF SERVICE

I certify that a copy of Appellee's Motion to Extend Time to File Brief was served on Appellants, through counsel of record, Lana Johnson, P. O. Box 816325, Dallas, Texas 75381-6325, Telephone: 903-646-0672, by fax to (866) 447-7148 on September 4, 2015, before 5:00 p.m. local time of the recipient.

/s/ John J. Cope
JOHN J. COPE